UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOSIER DANIEL GARCIA FERNANDEZ,

Petitioner,

v.

WARDEN, EDEN DETENTION CENTER,

Respondent.

No. 6:26-CV-00275-H

## ORDER

Petitioner Josier Daniel Garcia Fernandez, a self-represented immigrant detainee, requests that the Court designate an additional mailing address for service of all notices, orders, and filings in this case. Dkt. No. 2. He complains that he has already experienced delays in receiving legal mail at another detention facility and that he is at risk of missing court-ordered deadlines in this case at his current facility. But public access is limited in proceedings, like this one, that relate to immigration detention. Fed. R. Civ. P. 5.2(c). Thus, the Court denies Petitioner's request for copies of case-related documents to be sent to any address other than the facility where he is detained.

The Court reminds Petitioner that he must promptly notify the Court in writing of any change of address by filing a written Notice of Change of Address with the Clerk of the Court. Failure to provide updated address information may result in the dismissal of the case for failure to prosecute or follow court order under Fed. R. Civ. 41(b).

So ordered.

Dated August 11, 2026.

JAMES WESLEY HENDRIX
United States District Judge